No. 608. KENT *v.* UNITED STATES. November 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *M. A. Grace* and *Edwin H. Grace* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 613. GRANADA APARTMENTS HOTEL CORP. *v.* CITY NATIONAL BANK & TRUST CO. November 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Edward P. Morse* and *Isaac E. Ferguson* for petitioner. *Vincent O'Brien* for respondent.

No. 617. ESTATE OF BURR ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. November 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Alexander Halpern* and *Harry E. Ratner* for petitioners. *Acting Solicitor General Washington, Sewall Key, J. Louis Monarch* and *L. W. Post* for respondent.

No. 635. McCRADY CONSTRUCTION Co. *v.* WALLING, WAGE & HOUR ADMINISTRATOR. November 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *John B. Nicklas, Jr.* for petitioner. *Acting Solicitor General Washington, William S. Tyson, Morton Liftin* and *George M. Szabad* for respondent.